**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-09227-6A |
| | § | |
| NORMAN PAUL WEXLER | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/08/2010. The undersigned trustee was appointed on 09/08/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $121,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $44,377.42 |
    | Bank service fees | $7,941.91 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $69,180.67 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/03/2014 and the deadline for filing government claims was 07/03/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,325.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,325.00, for a total compensation of $9,325.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2018            By:    /s/ David R. Herzog
                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 11-09227-6A | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | Date Filed (f) or Converted (c): | 09/08/2010 (f) |
| For the Period Ending: | 8/9/2018 | §341(a) Meeting Date: | 04/18/2011 |
| | | Claims Bar Date: | 07/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1   Cash | $30.00 | $0.00 | | $0.00 | FA |
| 2   Amalgated Bank account no: 2865 | $50.00 | $0.00 | | $0.00 | FA |
| 3   Model ship - Kon Tiki Model ship- Zulu Blt 1990 Model ship- 1663 Friesland, Blt 1982 Model ship -Nantuckett, Blt. 1992 Model ship- Le Mirage Model Ship-USS Silversides | $500.00 | $0.00 | | $0.00 | FA |
| 4   Men's wardrobe and personal clothing including suits, slacks, shirts, underware, shoes, dress coats, sweaters ties etc | $200.00 | $0.00 | | $0.00 | FA |
| 5   Pair of cuff links, two watches | $50.00 | $0.00 | | $1,500.00 | FA |
| 6   Debtor believes he has interest in three Genworth Fnancial Insurance Company which had cash value until he borrowed against all policies to exter there is now no cash surrender value in excess as to the cash value. Debtor does not know if he is the owner in all policies. | Unknown | $0.00 | | $0.00 | FA |
| 7   Genworth Life and Annuity Insurance Policies- Policy No: 1245778, 1517355, 1676491 | $0.00 | $0.00 | | $0.00 | FA |
| 8   Mass Mutual life Insurance Policy No: 003691795 | $0.00 | $0.00 | | $0.00 | FA |
| 9   Friedman & Wexler 401 K at Merrill Lynch | $35,000.00 | $0.00 | | $0.00 | FA |
| 10   IRA | $7,000.00 | $0.00 | | $0.00 | FA |
| 11   Wexler & Wexler U/A DTD 01-01-1994 Retirement account at Charles Schwab account no: xxx-8488 | $125.00 | $0.00 | | $0.00 | FA |
| 12   Interest in Friedman & Wexler, LLC (50%) | Unknown | $0.00 | | $0.00 | FA |
| 13   Interest in Wexler & Wexler, LLC - (100%) Company is defunct | $0.00 | $0.00 | | $0.00 | FA |
| 14   Span-It, LLC (no value) | $0.00 | $0.00 | | $0.00 | FA |
| 15   Stock interest in Columbia Funding LLC (30%) | Unknown | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2 Exhibit A

| Case No.: | 11-09227-6A | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | Date Filed (f) or Converted (c): | 09/08/2010 (f) |
| For the Period Ending: | 8/9/2018 | §341(a) Meeting Date: | 04/18/2011 |
| | | Claims Bar Date: | 07/03/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Friedman & Wexler, LLC owes debtor monies but amount is unknown because of pending litigation in Illinois | Unknown | $0.00 | | $0.00 | FA |
| 17 | Friedman & Wexler v. Harley Davidson Credit Corp. debtor has unknown ownership interest in plaintiff and he would be entitled to portion of any net proceeds after expenses and payment of firm's bills | Unknown | $0.00 | | $0.00 | FA |
| 18 | Friedman & Wexler v. State of Illinois- debtor has an ownership interest in plaintiff and would be entitled to net recoveries after payment of expenses, firms bills. Plaintiff is seeking multi-million dollar claim against the State of Illinois. | Unknown | $0.00 | | $0.00 | FA |
| 19 | Friedman & Wexler v. VW Credit debtor has ownership interest in plaintiff and would be entitled to possible recover net of expenses and payment of firm's bills | Unknown | $0.00 | | $0.00 | FA |
| 20 | Wrench patent | Unknown | $0.00 | | $0.00 | FA |
| 21 | Illinois Bar License (no cash value) | $0.00 | $0.00 | | $0.00 | FA |
| 22 | Illinois State Rifle Association (no cash value) | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Cadillac Excalade 11,800 miles GMAC holds lien to value and debtor can not retain unless there is modification in payment. | $65,000.00 | $0.00 | | $0.00 | FA |
| 24 | One used computer and printer | $100.00 | $0.00 | | $0.00 | FA |
| 25 | Friedman & Wexler LLC which the debtor own an interest in posted a $1,000,000. cash escrow in conjunction with the ISAC litigation case reflected in SOFA pending in the Circuit Court of Cook County, Chancery Division. The monies are in an account at Bank of America in Chicago. Debtor would have an interest in a portion of these funds if the litigation is successful in favor of the lawfirm. | Unknown | Unknown | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3    Exhibit A

| Case No.: | 11-09227-6A | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | Date Filed (f) or Converted (c): | 09/08/2010 (f) |
| For the Period Ending: | 8/9/2018 | §341(a) Meeting Date: | 04/18/2011 |
| | | Claims Bar Date: | 07/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26  Preference action against Fifth-Third Bank with respect to unperfect security interest in an automobile. (u) | $120,000.00 | $120,000.00 | | $120,000.00 | FA |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $228,055.00 | $120,000.00 | | $121,500.00 | $0.00 |

**Major Activities affecting case closing:**

07/26/2017    Working to recover unclaimed funds held with Illinois Treasury and sale of remaining personal property.

**Initial Projected Date Of Final Report (TFR):**    12/31/2013          **Current Projected Date Of Final Report (TFR):**    12/31/2017       /s/ DAVID R. HERZOG

DAVID R. HERZOG

FORM 2

Page No: 1  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-09227-6A | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7325 | Checking Acct #: | ******0111 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main |
| For Period Beginning: | 9/8/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/08/2013 | (26) | MB Financial | Proceeds settlement per Order dated 4/8/13 | 1241-000 | $120,000.00 | | $120,000.00 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.28 | $119,944.72 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $193.55 | $119,751.17 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $187.00 | $119,564.17 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $192.94 | $119,371.23 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $192.62 | $119,178.61 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $186.11 | $118,992.50 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $192.01 | $118,800.49 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $185.52 | $118,614.97 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $191.40 | $118,423.57 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $191.09 | $118,232.48 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $172.32 | $118,060.16 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $190.51 | $117,869.65 |
| 04/02/2014 | 3001 | International Sureties | Bond Payment | 2300-000 | | $104.37 | $117,765.28 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $183.94 | $117,581.34 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $189.74 | $117,391.60 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $183.32 | $117,208.28 |
| 07/30/2014 | 3002 | Bruce de'Medici | Compensation per court order 7/28/14 (Docket #76) | 3210-000 | | $44,132.50 | $73,075.78 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $184.54 | $72,891.24 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $117.62 | $72,773.62 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.64 | $72,659.98 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $117.25 | $72,542.73 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.28 | $72,429.45 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.87 | $72,312.58 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.69 | $72,195.89 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $105.22 | $72,090.67 |
| 03/20/2015 | 3003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $51.97 | $72,038.70 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.33 | $71,922.37 |
| | | | | SUBTOTALS | $120,000.00 | $48,077.63 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-09227-6A | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WEXLER, NORMAN PAUL | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7325 | | | Checking Acct #: | ******0111 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Main |
| For Period Beginning: | 9/8/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.39 | $71,809.98 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $115.87 | $71,694.11 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.96 | $71,582.15 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $115.51 | $71,466.64 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $115.32 | $71,351.32 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.42 | $71,239.90 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $114.95 | $71,124.95 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.07 | $71,013.88 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $114.59 | $70,899.29 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $114.09 | $70,785.20 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $106.56 | $70,678.64 |
| 03/16/2016 | 3004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $38.39 | $70,640.25 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.74 | $70,526.51 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $109.83 | $70,416.68 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.32 | $70,303.36 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $109.48 | $70,193.88 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.96 | $70,080.92 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.78 | $69,968.14 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $108.96 | $69,859.18 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.42 | $69,746.76 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $108.62 | $69,638.14 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.06 | $69,526.08 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.19 | $69,413.89 |
| 02/16/2017 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $24.06 | $69,389.83 |
| 02/16/2017 | 3005 | VOID: Arthur B. Levine Company | | 2300-003 | | ($24.06) | $69,413.89 |
| 02/16/2017 | 3006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $26.85 | $69,387.04 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.16 | $69,285.88 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.80 | $69,174.08 |
| | | | | **SUBTOTALS** | $0.00 | $2,748.29 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3     Exhibit B

| Case No. | 11-09227-6A | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7325 | | | Checking Acct #: | ******0111 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Main |
| For Period Beginning: | 9/8/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $108.02 | $69,066.06 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.45 | $68,954.61 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $107.68 | $68,846.93 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.09 | $68,735.84 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $110.91 | $68,624.93 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $68,624.93 | $0.00 |
| | | | TOTALS: | | $120,000.00 | $120,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $68,624.93 | |
| | | | Subtotal | | $120,000.00 | $51,375.07 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $120,000.00 | $51,375.07 | |

| For the period of 9/8/2010 to 8/9/2018 | | For the entire history of the account between 04/08/2013 to 8/9/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $120,000.00 | Total Compensable Receipts: | $120,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $120,000.00 | Total Comp/Non Comp Receipts: | $120,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $51,375.07 | Total Compensable Disbursements: | $51,375.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51,375.07 | Total Comp/Non Comp Disbursements: | $51,375.07 |
| Total Internal/Transfer Disbursements: | $68,624.93 | Total Internal/Transfer Disbursements: | $68,624.93 |

Page No: 4  Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-09227-6A | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7325 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/8/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $68,624.93 | | $68,624.93 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $60.72 | $68,564.21 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $107.07 | $68,457.14 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $106.90 | $68,350.24 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $110.29 | $68,239.95 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $110.11 | $68,129.84 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $99.30 | $68,030.54 |
| 03/26/2018 | 5001 | International Sureties | Bond Payment | 2300-000 | | $23.34 | $68,007.20 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $113.32 | $67,893.88 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $102.49 | $67,791.39 |
| 05/14/2018 | (5) | Norman Wexler | Settlement per Order dated 5/2/2018 (Docket #91) | 1149-000 | $1,500.00 | | $69,291.39 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $110.72 | $69,180.67 |

| | | | | |
|---|---|---|---|---|
| | | TOTALS: | $70,124.93 | $944.26 | $69,180.67 |
| | | Less: Bank transfers/CDs | $68,624.93 | $0.00 | |
| | | Subtotal | $1,500.00 | $944.26 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | Net | $1,500.00 | $944.26 | |

| For the period of 9/8/2010 to 8/9/2018 | | For the entire history of the account between 09/15/2017 to 8/9/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,500.00 | Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 | Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $68,624.93 | Total Internal/Transfer Receipts: | $68,624.93 |
| | | | |
| Total Compensable Disbursements: | $944.26 | Total Compensable Disbursements: | $944.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $944.26 | Total Comp/Non Comp Disbursements: | $944.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5   Exhibit B

| Case No. | 11-09227-6A | | Trustee Name: | David R. Herzog |
| Case Name: | WEXLER, NORMAN PAUL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7325 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/8/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $121,500.00 | $52,319.33 | $69,180.67 |

For the period of **9/8/2010** to **8/9/2018**

| Total Compensable Receipts: | $121,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $121,500.00 |
| Total Internal/Transfer Receipts: | $68,624.93 |
| Total Compensable Disbursements: | $52,319.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52,319.33 |
| Total Internal/Transfer Disbursements: | $68,624.93 |

For the entire history of the case between **09/08/2010** to **8/9/2018**

| Total Compensable Receipts: | $121,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $121,500.00 |
| Total Internal/Transfer Receipts: | $68,624.93 |
| Total Compensable Disbursements: | $52,319.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52,319.33 |
| Total Internal/Transfer Disbursements: | $68,624.93 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

CLAIM ANALYSIS REPORT        Page No: 1        Exhibit C

| Case No.: | 11-09227-6A | | | Trustee Name: | David R. Herzog |
| Case Name: | WEXLER, NORMAN PAUL | | | Date: | 8/9/2018 |
| Claims Bar Date: | 07/03/2014 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1400<br>Chicago IL 60602 | 06/21/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $9,325.00 | $9,325.00 | $0.00 | $0.00 | $0.00 | $9,325.00 |
| | BRUCE DE'MEDICI | 07/28/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $44,132.50 | $44,132.50 | $44,132.50 | $44,132.50 | $0.00 | $0.00 | $0.00 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 03/22/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $99,508.88 | $99,508.88 | $0.00 | $0.00 | $0.00 | $99,508.88 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 03/22/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,968.84 | $1,968.84 | $0.00 | $0.00 | $0.00 | $1,968.84 |
| 1 | VW CREDIT,INC<br><br>C/O R. Scott Alsterda<br>3500 Three First Nation Plaza<br>Chicago IL 60602 | 01/17/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,400,000.00 | $1,400,000.00 | $0.00 | $0.00 | $0.00 | $1,400,000.00 |
| 2 | ILLINOIS STUDENT ASSISTANCE COMMISSION<br>c/o Illinois Attorney General's Office<br>100 W. Randolph St., 13th Floor<br>Chicago IL 60601 | 03/21/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,485,497.70 | $17,485,497.70 | $0.00 | $0.00 | $0.00 | 17,485,497.70 |

Claim Notes:    (2-1) Pursuant to Judgment Order dated 7/15/2011

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3a | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 03/22/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,196.17 | $12,196.17 | $0.00 | $0.00 | $0.00 | $12,196.17 |

CLAIM ANALYSIS REPORT

| Case No.: | 11-09227-6A | | Trustee Name: | David R. Herzog |
| Case Name: | WEXLER, NORMAN PAUL | | Date: | 8/9/2018 |
| Claims Bar Date: | 07/03/2014 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. Box 64338 Chicago IL 60664-0338 | 03/22/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $196.10 | $196.10 | $0.00 | $0.00 | $0.00 | $196.10 |
| 5 | DISCOVER BANK  DB Servicing Corporation PO Box 3025 New Albany OH 43054-3025 | 04/07/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,692.66 | $3,692.66 | $0.00 | $0.00 | $0.00 | $3,692.66 |
| 6 | SAUL R. WEXLER  70 W. Madison Street Suite 2100 Chicago IL 60602 | 05/12/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $179,496.74 | $179,496.74 | $0.00 | $0.00 | $0.00 | $179,496.74 |

**Claim Notes:** (6-1) Legal fees

| 7 | AMERICAN EXPRESS BANK, FSB c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 06/12/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19.22 | $19.22 | $0.00 | $0.00 | $0.00 | $19.22 |

**Claim Notes:** (7-1) CREDIT CARD DEBT

| 8 | AMERICAN EXPRESS BANK, FSB c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 06/12/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $15.99 | $15.99 | $0.00 | $0.00 | $0.00 | $15.99 |

**Claim Notes:** (8-1) CREDIT CARD DEBT

| 9 | AMERICAN EXPRESS CENTURION BANK c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 06/16/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,998.31 | $1,998.31 | $0.00 | $0.00 | $0.00 | $1,998.31 |

**Claim Notes:** (9-1) CREDIT CARD DEBT

CLAIM ANALYSIS REPORT　　　　Page No: 3　　Exhibit C

| Case No. | 11-09227-6A | | | | | | | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | WEXLER, NORMAN PAUL | | | | | | | | | Date: | 8/9/2018 |
| Claims Bar Date: | 07/03/2014 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 06/26/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $48,255.08 | $48,255.08 | $0.00 | $0.00 | $0.00 | $48,255.08 |
| | | | | | | $19,286,303.19 | $19,286,303.19 | $44,132.50 | $0.00 | $0.00 | | 19,242,170.69 |

## CLAIM ANALYSIS REPORT

| Case No. | 11-09227-6A | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | Date: | 8/9/2018 |
| Claims Bar Date: | 07/03/2014 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $44,132.50 | $44,132.50 | $44,132.50 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $101,477.72 | $101,477.72 | $0.00 | $0.00 | $0.00 | $101,477.72 |
| General Unsecured § 726(a)(2) | $19,131,367.97 | $19,131,367.97 | $0.00 | $0.00 | $0.00 | $19,131,367.97 |
| Trustee Compensation | $9,325.00 | $9,325.00 | $0.00 | $0.00 | $0.00 | $9,325.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       11-09227-6A
Case Name:      NORMAN PAUL WEXLER
Trustee Name:   David R. Herzog

                Balance on hand:    $69,180.67

Claims of secured creditors will be paid as follows: NONE

        Total to be paid to secured creditors:    $0.00
                      Remaining balance:    $69,180.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David R. Herzog, Trustee Fees | $9,325.00 | $0.00 | $9,325.00 |
| Bruce de'Medici, Attorney for Trustee Fees | $44,132.50 | $44,132.50 | $0.00 |

    Total to be paid for chapter 7 administrative expenses:    $9,325.00
                                    Remaining balance:    $59,855.67

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

    Total to be paid to prior chapter administrative expenses:    $0.00
                                    Remaining balance:    $59,855.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $101,477.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Illinois Department of Revenue Bankruptcy Section | $99,508.88 | $0.00 | $58,694.37 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 4 | Illinois Department of Revenue Bankruptcy Section | $1,968.84 | $0.00 | $1,161.30 |

Total to be paid to priority claims: $59,855.67
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,131,367.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | VW Credit, Inc | $1,400,000.00 | $0.00 | $0.00 |
| 2 | Illinois Student Assistance Commission | $17,485,497.70 | $0.00 | $0.00 |
| 3a | Illinois Department of Revenue Bankruptcy Section | $12,196.17 | $0.00 | $0.00 |
| 4a | Illinois Department of Revenue Bankruptcy Section | $196.10 | $0.00 | $0.00 |
| 5 | Discover Bank | $3,692.66 | $0.00 | $0.00 |
| 6 | Saul R. Wexler | $179,496.74 | $0.00 | $0.00 |
| 7 | American Express Bank, FSB | $19.22 | $0.00 | $0.00 |
| 8 | American Express Bank, FSB | $15.99 | $0.00 | $0.00 |
| 9 | American Express Centurion Bank | $1,998.31 | $0.00 | $0.00 |
| 10 | PYOD, LLC its successors and assigns as assignee | $48,255.08 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**