**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| **NORMAN PAUL WEXLER** | ) | **Case No. 11-09227** |
| | ) | |
| **Debtor.** | ) | **Judge A. Benjamin Goldgar** |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David R. Herzog, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held before the Honorable A. Benjamin Goldgar, Courtroom 642, at 219 South Dearborn Street, Chicago, IL on October 2, 2018 at 10:00 a.m.. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:     August 27, 2018          By:     _/s/ David R. Herzog_

David R. Herzog
Trustee in Bankruptcy
77 West Washington Street
Suite 1400
Chicago, IL 60602

## SERVICE LIST

## VIA ECF

Office of the U.S. Trustee
219 S Dearborn St , Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

CAB East LLC
Sherman & Purcell LLP
120 S LaSalle St
Suite 1460
Chicago, IL 60603
shermlaw13@aol.com

City of Chicago
c/o Esther Tryban Telser
City of Chicago; Dept. of Law
30 N. LaSalle; Room 1400
Chicago, IL 60602
etrybantelser@cityofchicago.org
Esther.TrybanTelser@lewisbrisbois.com

Illinois Student Assistance Commission
c/o Joan Ellen Smuda
Illinois Attorney General
100 W Randolph St 13th Floor
Chicago, IL 60601
faith.dolgin@illinois.gov

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131
claims@recoverycorp.com

VW Credit, Inc.
c/o R Scott Alsterda
Nixon Peabody LLP
70 West Madison Street
Suite 3500
Chicago, IL 60602
rsalsterda@nixonpeabody.com

Lindsay E Wilson Gowin
Ungaretti & Harris LLP
70 W. Madison Suite 3500
Chicago, IL 60602
lwgowin@uhlaw.com

Jonathan D. Golding
The Golding Law Offices, P.C.
500 N. Dearborn St., 2nd Fl.
Chicago, IL 60654
jgolding@goldinglaw.net
rgolding@goldinglaw.net

## VIA REGULAR MAIL

Norman Paul Wexler
16054 Fairway Circle
Fort Lauderdale, FL 33326

Adam Roberts
c/o Roberts and Weddle, LLC
111 N Canal Street, #885
Chicago, IL 60606

Alarm Detection Systems
1111 Church Rd.
Aurora, IL 60505

Ally fka GMAC
PO Box 130424
Roseville, MN 55113

American Express Bank, FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Bank Of America
P.O. Box 851001
Dallas, TX 75285

Black Card
P.O. Box 13337
Philadelphia, PA 19101

Capital One Bank
POB 6492
Carol Stream, IL 60197

Chase
P.O. Box 15153
Wilmington, DE 19886

Citi Card
P.O. Box 688901
Des Moines, IA 50368

Citibusiness
Legal Service Dept.
4000 Regent Blvd.
Irving, TX 75063

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Card
P.O. Box 6103
Carol Stream, IL 60107

GMAC
P.O. Box 9001951
Louisville, KY 40290

Grumly, Kamiin & Rosic LLC
Saul Wexler
70 West Madison St.
Chicago, IL 60602

Harris Bank
P.O. Box 851001
Dallas, TX 75285

Horseshoe Casino
777 Casino Center Drive
Hammond, IN 46320

HSBC Finance Corp
26525 N Riverwoods Blvd.
Mettawa, IL 60045

Illinois Department of Revenue
Bankruptcy Section
POB 64338
Chicago IL 60664

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

Illinois Student Assistance Commission
c/o Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL 60601

IRS
Insolvency Unit
POB 21126
Philedelphia, PA 19114

Jeremy Weddle
c/o Roberts and Weddle, LLC
111 N Canal Street, #885
Chicago, IL 60606

M.B. Financial Bank
6111 N. River Rd.
Rosemont, IL 60018

Michael Friedman
111 N. Canal Street, #885
Chicago, IL 60606

Michael Silver & Company
5750 Old Orchard Rd.. Ste. 200
Skokie, IL 60071

Mitchell Wexler
C/O John E. Gierum, Trustee
9700 Higgins Road, #1015
Rosemont, IL 60018

Nationwide Acceptance Corporation
c/o Morrison & Saltz
77 W. Washington, Ste. 1611
Chicago, IL 60602

PYOD, LLC,  as assignee
of Citibank (South Dakota), N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Roberts and Weddle, LLC
111 N Canal Street, #885
Chicago, IL 60606

State Of Illinois
C/O Alan L. Farkas, Esquire
20 South Clark Street, #1050
Chicago, IL 60603

VW Credit, Inc
C/O R. Scott Alsterda
3500 Three First Nation Plaza
Chicago, IL 60602

Wayne Rhine
c/o Roberts and Weddle, LLC
111 N Canal Street, #885
Chicago, IL 60606