UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-09227-6A |
| | § | |
| NORMAN PAUL WEXLER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $64,000.00 | Assets Exempt: | $44,055.00 |
| Total Distributions to Claimants: | $59,855.67 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $61,644.33 | | |

3) Total gross receipts of $121,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $121,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $70,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $61,644.33 | $61,644.33 | $61,644.33 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $18,069.00 | $101,477.72 | $101,477.72 | $59,855.67 |
| General Unsecured Claims (from **Exhibit 7**) | $2,482,953.19 | $19,131,367.97 | $19,131,367.97 | $0.00 |
| **Total Disbursements** | $2,571,022.19 | $19,294,490.02 | $19,294,490.02 | $121,500.00 |

4). This case was originally filed under chapter 7 on 09/08/2010. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2018              By:   /s/ David R. Herzog
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Pair of cuff links, two watches | 1149-000 | $1,500.00 |
| Preference action against Fifth-Third Bank with respect to unperfect security interest in an automobile. | 1241-000 | $120,000.00 |
| **TOTAL GROSS RECEIPTS** | | $121,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC | 4110-000 | $70,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $70,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $9,325.00 | $9,325.00 | $9,325.00 |
| Arthur B. Levine Company | 2300-000 | NA | $117.21 | $117.21 | $117.21 |
| International Sureties | 2300-000 | NA | $127.71 | $127.71 | $127.71 |
| Bank of Texas | 2600-000 | NA | $7,020.99 | $7,020.99 | $7,020.99 |
| Green Bank | 2600-000 | NA | $920.92 | $920.92 | $920.92 |
| Bruce de'Medici, Attorney for Trustee | 3210-000 | NA | $44,132.50 | $44,132.50 | $44,132.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $61,644.33 | $61,644.33 | $61,644.33 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Illinois | 5800-000 | $0.00 | $99,508.88 | $99,508.88 | $58,694.37 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Department of Revenue Bankruptcy Section | | | | | |
| 4 | Illinois Department of Revenue Bankruptcy Section | 5800-000 | $0.00 | $1,968.84 | $1,968.84 | $1,161.30 |
| | IRS | 5800-000 | $18,069.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $18,069.00 | $101,477.72 | $101,477.72 | $59,855.67 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | VW Credit,Inc | 7100-000 | $0.00 | $1,400,000.00 | $1,400,000.00 | $0.00 |
| 2 | Illinois Student Assistance Commission | 7100-000 | $0.00 | $17,485,497.70 | $17,485,497.70 | $0.00 |
| 3a | Illinois Department of Revenue Bankruptcy Section | 7100-000 | $0.00 | $12,196.17 | $12,196.17 | $0.00 |
| 4a | Illinois Department of Revenue Bankruptcy Section | 7100-000 | $0.00 | $196.10 | $196.10 | $0.00 |
| 5 | Discover Bank | 7100-000 | $0.00 | $3,692.66 | $3,692.66 | $0.00 |
| 6 | Saul R. Wexler | 7100-000 | $0.00 | $179,496.74 | $179,496.74 | $0.00 |
| 7 | American Express Bank, FSB | 7100-000 | $0.00 | $19.22 | $19.22 | $0.00 |
| 8 | American Express Bank, FSB | 7100-000 | $0.00 | $15.99 | $15.99 | $0.00 |
| 9 | American Express Centurion Bank | 7100-000 | $0.00 | $1,998.31 | $1,998.31 | $0.00 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $48,255.08 | $48,255.08 | $0.00 |
| | AdamRoberts | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Alarm Detection Systems | 7100-000 | $330.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 7100-000 | $9,344.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 7100-000 | $136,085.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 7100-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 7100-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Black Card | 7100-000 | $5,400.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $24,000.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $3,300.00 | $0.00 | $0.00 | $0.00 |
| Citi Card | 7100-000 | $15,076.00 | $0.00 | $0.00 | $0.00 |
| Citi Card | 7100-000 | $47,003.43 | $0.00 | $0.00 | $0.00 |
| Citi Card | 7100-000 | $5,300.00 | $0.00 | $0.00 | $0.00 |
| Citibusiness | 7100-000 | $36,000.00 | $0.00 | $0.00 | $0.00 |
| Discover Card | 7100-000 | $3,490.00 | $0.00 | $0.00 | $0.00 |
| Grumly, Kamiin & Rosic LLC | 7100-000 | $200,000.00 | $0.00 | $0.00 | $0.00 |
| Harris Bank | 7100-000 | $6,800.00 | $0.00 | $0.00 | $0.00 |
| Horeshoe Casino | 7100-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| HSBC Finance Corp | 7100-000 | $195,000.00 | $0.00 | $0.00 | $0.00 |
| Jeremy Weddle | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| M.B. Financial Bank | 7100-000 | $271,354.76 | $0.00 | $0.00 | $0.00 |
| Michael Friedman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michael Silver & Company | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
| Mitchell Wexler | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nationwide Acceptance Corporation | 7100-000 | $15,470.00 | $0.00 | $0.00 | $0.00 |
| Roberts and Weddle, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| State Of Illinois | 7100-000 | $1,400,000.00 | $0.00 | $0.00 | $0.00 |
| VW Credit Corp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| VW Credit Corp | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| Wayne Rhine | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,482,953.19 | $19,131,367.97 | $19,131,367.97 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

Page No: 1    Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 11-09227-6A | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | | Date Filed (f) or Converted (c): | 09/08/2010 (f) |
| For the Period Ending: | 11/19/2018 | | §341(a) Meeting Date: | 04/18/2011 |
| | | | Claims Bar Date: | 07/03/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash | $30.00 | $0.00 | | $0.00 | FA |
| 2 | Amalgated Bank account no: 2865 | $50.00 | $0.00 | | $0.00 | FA |
| 3 | Model ship - Kon Tiki Model ship- Zulu Blt 1990 Model ship- 1663 Friesland, Blt 1982 Model ship -Nantuckett, Blt. 1992 Model ship- Le Mirage Model Ship-USS Silversides | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Men's wardrobe and personal clothing including suits, slacks, shirts, underware, shoes, dress coats, sweaters ties etc | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Pair of cuff links, two watches | $50.00 | $0.00 | | $1,500.00 | FA |
| 6 | Debtor believes he has interest in three Genworth Fnancial Insurance Company which had cash value until he borrowed against all policies to exter there is now no cash surrender value in excess as to the cash value. Debtor does not know if he is the owner in all policies. | Unknown | $0.00 | | $0.00 | FA |
| 7 | Genworth Life and Annuity Insurance Policies- Policy No: 1245778, 1517355, 1676491 | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Mass Mutual life Insurance Policy No: 003691795 | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Friedman & Wexler 401 K at Merrill Lynch | $35,000.00 | $0.00 | | $0.00 | FA |
| 10 | IRA | $7,000.00 | $0.00 | | $0.00 | FA |
| 11 | Wexler & Wexler U/A DTD 01-01-1994 Retirement account at Charles Schwab account no: xxx-8488 | $125.00 | $0.00 | | $0.00 | FA |
| 12 | Interest in Friedman & Wexler, LLC (50%) | Unknown | $0.00 | | $0.00 | FA |
| 13 | Interest in Wexler & Wexler, LLC - (100%) Company is defunct | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Span-It, LLC (no value) | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Stock interest in Columbia Funding LLC (30%) | Unknown | $0.00 | | $0.00 | FA |

Case 11-09227   Doc 97   Filed 12/06/18   Entered 12/06/18 11:49:48   Desc Main
Document      Page 7 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 11-09227-6A | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | | | Date Filed (f) or Converted (c): | 09/08/2010 (f) |
| For the Period Ending: | 11/19/2018 | | | §341(a) Meeting Date: | 04/18/2011 |
| | | | | Claims Bar Date: | 07/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  Friedman & Wexler, LLC owes debtor monies but amount is unknown because of pending litigation in Illinois | Unknown | $0.00 | | $0.00 | FA |
| 17  Friedman & Wexler v. Harley Davidson Credit Corp. debtor has unknown ownership interest in plaintiff and he would be entitled to portion of any net proceeds after expenses and payment of firm's bills | Unknown | $0.00 | | $0.00 | FA |
| 18  Friedman & Wexler v. State of Illinois- debtor has an ownership interest in plaintiff and would be entitled to net recoveries after payment of expenses, firms bills. Plaintiff is seeking multi-million dollar claim against the State of Illinois. | Unknown | $0.00 | | $0.00 | FA |
| 19  Friedman & Wexler v. VW Credit debtor has ownership interest in plaintiff and would be entitled to possible recover net of expenses and payment of firm's bills | Unknown | $0.00 | | $0.00 | FA |
| 20  Wrench patent | Unknown | $0.00 | | $0.00 | FA |
| 21  Illinois Bar License (no cash value) | $0.00 | $0.00 | | $0.00 | FA |
| 22  Illinois State Rifle Association (no cash value) | $0.00 | $0.00 | | $0.00 | FA |
| 23  Cadillac Excalade 11,800 miles GMAC holds lien to value and debtor can not retain unless there is modification in payment. | $65,000.00 | $0.00 | | $0.00 | FA |
| 24  One used computer and printer | $100.00 | $0.00 | | $0.00 | FA |
| 25  Friedman & Wexler LLC which the debtor own an interest in posted a $1,000,000. cash escrow in conjunction with the ISAC litigation case reflected in SOFA pending in the Circuit Court of Cook County, Chancery Division. The monies are in an account at Bank of America in Chicago. Debtor would have an interest in a portion of these funds if the litigation is successful in favor of the lawfirm. | Unknown | Unknown | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3   Exhibit 8

| Case No.: | 11-09227-6A | Trustee Name: | David R. Herzog |
| Case Name: | WEXLER, NORMAN PAUL | Date Filed (f) or Converted (c): | 09/08/2010 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 04/18/2011 |
| | | Claims Bar Date: | 07/03/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 26 | Preference action against Fifth-Third Bank with respect to unperfect security interest in an automobile. (u) | $120,000.00 | $120,000.00 | | $120,000.00 | FA |

**TOTALS (Excluding unknown value)**

| | $228,055.00 | $120,000.00 | | $121,500.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
07/26/2017   Working to recover unclaimed funds held with Illinois Treasury and sale of remaining personal property.

**Initial Projected Date Of Final Report (TFR):**   12/31/2013   **Current Projected Date Of Final Report (TFR):**   12/31/2017   /s/ DAVID R. HERZOG
DAVID R. HERZOG

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-09227-6A | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WEXLER, NORMAN PAUL | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7325 | | | Checking Acct #: | ******0111 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Main |
| For Period Beginning: | 9/8/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/08/2013 | (26) | MB Financial | Proceeds settlement per Order dated 4/8/13 | 1241-000 | $120,000.00 | | $120,000.00 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.28 | $119,944.72 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $193.55 | $119,751.17 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $187.00 | $119,564.17 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $192.94 | $119,371.23 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $192.62 | $119,178.61 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $186.11 | $118,992.50 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $192.01 | $118,800.49 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $185.52 | $118,614.97 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $191.40 | $118,423.57 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $191.09 | $118,232.48 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $172.32 | $118,060.16 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $190.51 | $117,869.65 |
| 04/02/2014 | 3001 | International Sureties | Bond Payment | 2300-000 | | $104.37 | $117,765.28 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $183.94 | $117,581.34 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $189.74 | $117,391.60 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $183.32 | $117,208.28 |
| 07/30/2014 | 3002 | Bruce de'Medici | Compensation per court order 7/28/14 (Docket #76) | 3210-000 | | $44,132.50 | $73,075.78 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $184.54 | $72,891.24 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $117.62 | $72,773.62 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.64 | $72,659.98 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $117.25 | $72,542.73 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.28 | $72,429.45 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.87 | $72,312.58 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.69 | $72,195.89 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $105.22 | $72,090.67 |
| 03/20/2015 | 3003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $51.97 | $72,038.70 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.33 | $71,922.37 |
| | | | SUBTOTALS | | $120,000.00 | $48,077.63 | |

| Case No. | 11-09227-6A | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7325 | | | Checking Acct #: | ******0111 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Main |
| For Period Beginning: | 9/8/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.39 | $71,809.98 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $115.87 | $71,694.11 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.96 | $71,582.15 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $115.51 | $71,466.64 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $115.32 | $71,351.32 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.42 | $71,239.90 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $114.95 | $71,124.95 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.07 | $71,013.88 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $114.59 | $70,899.29 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $114.09 | $70,785.20 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $106.56 | $70,678.64 |
| 03/16/2016 | 3004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $38.39 | $70,640.25 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.74 | $70,526.51 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $109.83 | $70,416.68 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.32 | $70,303.36 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $109.48 | $70,193.88 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.96 | $70,080.92 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.78 | $69,968.14 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $108.96 | $69,859.18 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.42 | $69,746.76 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $108.62 | $69,638.14 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.06 | $69,526.08 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.19 | $69,413.89 |
| 02/16/2017 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $24.06 | $69,389.83 |
| 02/16/2017 | 3005 | VOID: Arthur B. Levine Company | | 2300-003 | | ($24.06) | $69,413.89 |
| 02/16/2017 | 3006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $26.85 | $69,387.04 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.16 | $69,285.88 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.80 | $69,174.08 |
| | | | | **SUBTOTALS** | $0.00 | $2,748.29 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-09227-6A | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7325 | Checking Acct #: | ******0111 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main |
| For Period Beginning: | 9/8/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $108.02 | $69,066.06 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.45 | $68,954.61 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $107.68 | $68,846.93 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.09 | $68,735.84 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $110.91 | $68,624.93 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $68,624.93 | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $120,000.00 | $120,000.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $68,624.93 | |
| Subtotal | $120,000.00 | $51,375.07 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $120,000.00 | $51,375.07 | |

| For the period of 9/8/2010 to 11/19/2018 | | For the entire history of the account between 04/08/2013 to 11/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $120,000.00 | Total Compensable Receipts: | $120,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $120,000.00 | Total Comp/Non Comp Receipts: | $120,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $51,375.07 | Total Compensable Disbursements: | $51,375.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51,375.07 | Total Comp/Non Comp Disbursements: | $51,375.07 |
| Total Internal/Transfer Disbursements: | $68,624.93 | Total Internal/Transfer Disbursements: | $68,624.93 |

| Case No.: | 11-09227-6A | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7325 | | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 9/8/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $68,624.93 | | $68,624.93 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $60.72 | $68,564.21 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $107.07 | $68,457.14 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $106.90 | $68,350.24 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $110.29 | $68,239.95 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $110.11 | $68,129.84 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $99.30 | $68,030.54 |
| 03/26/2018 | 5001 | International Sureties | Bond Payment | 2300-000 | | $23.34 | $68,007.20 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $113.32 | $67,893.88 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $102.49 | $67,791.39 |
| 05/14/2018 | (5) | Norman Wexler | Settlement per Order dated 5/2/2018 (Docket #91) | 1149-000 | $1,500.00 | | $69,291.39 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $110.72 | $69,180.67 |
| 10/03/2018 | 5002 | David R. Herzog | Trustee Compensation | 2100-000 | | $9,325.00 | $59,855.67 |
| 10/03/2018 | 5003 | Illinois Department of Revenue Bankruptcy Section | | 5800-000 | | $58,694.37 | $1,161.30 |
| 10/03/2018 | 5004 | Illinois Department of Revenue Bankruptcy Section | Priority Claims per TFR - Docket #94-1 | 5800-000 | | $1,161.30 | $0.00 |

| | | | | SUBTOTALS | $70,124.93 | $70,124.93 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5    Exhibit 9

| Case No. | 11-09227-6A | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | WEXLER, NORMAN PAUL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7325 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/8/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | | |
| | | | | | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $70,124.93 | $70,124.93 | $0.00 |
| | | | Less: Bank transfers/CDs | | $68,624.93 | $0.00 | |
| | | | Subtotal | | $1,500.00 | $70,124.93 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,500.00 | $70,124.93 | |

| For the period of 9/8/2010 to 11/19/2018 | | For the entire history of the account between 09/15/2017 to 11/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,500.00 | Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 | Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $68,624.93 | Total Internal/Transfer Receipts: | $68,624.93 |
| | | | |
| Total Compensable Disbursements: | $70,124.93 | Total Compensable Disbursements: | $70,124.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70,124.93 | Total Comp/Non Comp Disbursements: | $70,124.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 6 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |                                    | | |
|---|---|---|---|---|
| **Case No.** | 11-09227-6A | **Trustee Name:** | David R. Herzog |
| **Case Name:** | WEXLER, NORMAN PAUL | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***7325 | **Checking Acct #:** | ******2701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 9/8/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/19/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $121,500.00 | $121,500.00 | $0.00 |

**For the period of 9/8/2010 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $121,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $121,500.00 |
| Total Internal/Transfer Receipts: | $68,624.93 |
| | |
| Total Compensable Disbursements: | $121,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $121,500.00 |
| Total Internal/Transfer Disbursements: | $68,624.93 |

**For the entire history of the case between 09/08/2010 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $121,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $121,500.00 |
| Total Internal/Transfer Receipts: | $68,624.93 |
| | |
| Total Compensable Disbursements: | $121,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $121,500.00 |
| Total Internal/Transfer Disbursements: | $68,624.93 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG